IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| LINH N. BASS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 1:24-CV-00085 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| JAKE KELLER AND TREY RICHARD, | § | |
| | § | |
| *Defendants.* | § | |

### ACKNOWLEDGEMENT OF JOINT STIPULATION FOR DISMISSAL

The Court has received the Parties' Joint Stipulation for Dismissal filed in the above-styled matter. [Dkt. 58]. Based on an agreed resolution of the disputes between Plaintiff and Defendants in this matter, the Parties file their Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismissing all claims filed herein with prejudice.

Accordingly, the Court **ACKNOWLEDGES** that all claims filed in this matter are hereby **DISMISSED WITH PREJUDICE**, effective the date of the filing of the Joint Stipulation for Dismissal.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed in this matter are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 28th day of October, 2025.**

Michael J. Truncale
United States District Judge